IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CIGAR ASSOCIATION OF AMERICA *et al.*, *Plaintiffs* | CIVIL ACTION |
| v. | |
| CITY OF PHILADELPHIA *et al.*, *Defendants* | No. 20-3220 |

## ORDER

**AND NOW**, this 13th day of November, 2020, it is **ORDERED** that Plaintiffs' Motion for a Preliminary Injunction (Doc. No. 1-2) is **GRANTED** for the reasons set forth in the accompanying Memorandum. Defendants and their directors, officers, agents, servants, employees, attorneys, and all other persons or entities in active concert or participation with them are enjoined from enforcing Ordinance 180457.[1]

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] *See* Fed. R. Civ. P. 65(d)(2).