UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 20-3519
_____

CIGAR ASSOCIATION OF AMERICA, INC.; ITG CIGARS, INC.;
SWEDISH MATCH NORTH AMERICA, LLC;
SWISHER INTERNATIONAL, INC.

v.

CITY OF PHILADELPHIA; COMMISSIONER PHILADELPHIA
DEPARTMENT OF PUBLIC HEALTH,
                                        Appellants
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 2-20-cv-03220)
District Judge: Honorable Gene E.K. Pratter
_____

Argued: June 23, 2021

Before: CHAGARES, PORTER, and ROTH,
*Circuit Judges*.
_____

JUDGMENT
_____

This cause came to be heard on the record from the United States District Court for the Eastern District of Pennsylvania and was argued on June 23, 2021. On consideration whereof,

it is now ORDERED and ADJUDGED by this Court that the District Court's order dated November 13, 2020, is hereby AFFIRMED. All of the above in accordance with the Opinion of this Court. Costs shall be taxed against appellants.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: November 24, 2021

**Certified as a true copy and issued in lieu of a formal mandate on** December 16, 2021

**Teste:** *Patricia S. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**