IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CIGAR ASSOCIATION OF AMERICA *et al.*, :<br>*Plaintiffs* : | : | CIVIL ACTION |
| v. | : | |
| CITY OF PHILADELPHIA *et al.*, :<br>*Defendants* : | : | No. 20-3220 |

## ORDER

AND NOW, this 4th day of February, 2022, upon review of the docket and the parties' letter to the Court of January 25, 2022, it is **ORDERED** that the parties must provide the Court with a status update on or before **February 11, 2022**.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE